UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAN FERROSTAAL, INC. now known as
FERROSTAAL METALS GROUP, INC.

               Plaintiff,                         08 CV 0039 (HB)
                                                         ECF CASE

    -against-


M/V MAROUDIO, her engines, boilers, tackle, etc.    **RULE 7.1 STATEMENT**
NIOVIS SHIPPING CO. SA
APPLETON SHIPPING LTD.
GEARBULK (UK) LTD.
GEARBULK A.G.
               Defendants.
----------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated:   December 27, 2007

                                         KINGSLEY, KINGSLEY & CALKINS
                                         Attorneys for Plaintiff


                                         BY:__/S/_____
                                           HAROLD M. KINGSLEY
                                           91 W. Cherry Street
                                           Hicksville, New York 11801
                                           (516) 931-0064