

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC. Now known as FERROSTAAL METALS GROUP, INC.

                  Plaintiff,

                  -V-

M/V MAROUDIO, et al

                  Defendants,

**CERTIFICATE OF MAILING**

08 CV 0039 (HB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH  day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3RD  day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 687 US**

_____
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 9, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

[receipt overlay obscures portion of letter body]

...AL, INC. n/k/a FERROSTAAL METALS
...M/V MAROUDIO, et al.

...and Complaint on the following defendant
...s of Civil Procedure Rule 4: (f)(2)(c)(ii):

). SA
Akti
l-3

ece

Very truly yours,

[signature]

HMK/mjg
Encl.

---

Registered Mail Receipt (PS Form 3806):

- Registered No.: RB632921687US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Return Receipt: $2.15
- Postage: $1.80
- Restricted Delivery: $0.00
- Date Stamp: 0004 / 05 / 01/11/08
- Customer Must Declare Full Value: $0.00 (Without Postal Insurance)

FROM:
KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE# 7957

TO:
Niovis Shipping Co., SA
Megaro Argoudeli, Akti
Themistokleous & 1-3
Ygias Street
185 36 Piraeus, Greece