UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC. Now known as FERROSTAAL
METALS GROUP, INC.

Plaintiff,

-V-

M/V MAROUDIO, et al

Defendants,

**CERTIFICATE OF MAILING**

08 CV 0039 (HB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11ᵀᴴ day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3ᴿᴰ day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 695 US**

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 9, 2008

Clerk of the Court
United States District Court

AL, INC.  n/k/a FERROSTAAL METALS
M/V MAROUDIO, et al.

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| RB632921695US | | | | |
| Reg. Fee $10.15 | | | | 0004 |
| Handling Charge $0.00 | | Return Receipt $2.15 | | 05 |
| Postage $1.80 | | Restricted Delivery $0.00 | | 01/11/08 |
| Received by | | | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $$0.00

☐ With Postal Insurance
☐ Without Postal Insurance

OFFICIAL USE

10013
KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801
Our File# 7957

Appleton Shipping Ltd.
Megaro Argoudeli, Akti
Themistokleous & 1-3, Ygias Street
185-36 Piraeus, Greece

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

nd Complaint on the following defendant
s of Civil Procedure Rule 4: (f)(2)(c) (ii):

Ltd.
Akti
et 3

ce

Thank you.

Very truly yours,

HMK/mjg
Encl.