UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

MAN FERROSTAAL, INC. now known as FERROSTAAL
METALS GROUP, INC.

**CERTIFICATE OF MAILING**

Plaintiff,

-V-

M/V MAROUDIO, her engines, boilers, tackle, etc., NIOVIS
SHIPPING CO. SA, APPLETON SHIPPING LTD.,
GEARBULK (UK) LTD, GEARBULK A.G.

Defendants,

08 CV 0039(HB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18th day of January, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3rd day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New
York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 840 921 US**

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 11, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  MAN FERROSTAAL, INC.  n/k/a FERROSTAAL METALS
> GROUP, INC.  v.  M/V MAROUDIO, et al.
> 08 CV 0039 (HB)
> Our Ref: FS 7955

Sir:

—nd Complaint on the following defendant
s of Civil Procedure Rule 4: (f)(2)(c) (ii):

| Registered No. RB632840921US | | Date Stamp |
|---|---|---|
| Reg. Fee $10.15 | | 0004 |
| Handling Charge $0.00 | Return Receipt $0.00 | 05 |
| Postage $1.80 | Restricted Delivery $0.00 | 01/18/08 |

RETURN RECEIPT REQUESTED

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

Customer Full Value $0.00

With Postal Insurance
Without Postal Insurance

OFFICIAL USE

FROM  KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our File# 7957

TO  Great Britain and Northern Ireland
5, The Heights, Weybridge
Surrey, KT13 ONY
UK

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Very truly yours,