BLANK ROME, LLP
Attorneys for Defendants
GEARBULK (UK) LTD.
and GEARBULK A.G.
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC. now known as FERROSTAAL METALS GROUP, INC., <br><br> Plaintiff, <br><br> - against - <br><br> M/V MAROUDIO, her engines, boilers, tackle, etc., NIOVIS SHIPPING CO., SA APPLETON SHIPPING LTD., GEARBULK (UK) LTD., GEARBULK A.G., <br><br> Defendants. | 08 CV 0039 (HB) <br><br> ECF CASE <br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
January 23, 2008

                                                         Respectfully submitted,
                                                         BLANK ROME, LLP
                                                         Attorneys for Defendants

                                                         By: _____
                                                            Jeremy J.O. Harwood (JH 9012)
                                                         405 Lexington Avenue
                                                         New York, NY 10174
                                                         Tel.: (212) 885-5000